IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:03CR528 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| THOMAS HARLAN, | ) | |
| Defendant. | ) | |

Defendant Thomas Harlan appeared before the court on May 13, 2005 for final disposition on a Petition for Warrant for Offender Under Supervision (Filing No. 30). The defendant appeared without counsel and on the court's own motion, the court will appoint the Federal Public Defender to represent the defendant. The United States was represented by Assistant U.S. Attorney Russell Mayer. The final disposition hearing is continued.

IT IS ORDERED:

1. The Federal Public Defender, is appointed to represent the above named defendant.
2. A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m. on May 18, 2005.** Defendant must be present in person.
3. Defendant is remanded to the custody of the United States Marshal.

Dated this 13th day of May, 2005.

BY THE COURT:

  **Joseph F. Bataillon**
JOSEPH F. BATAILLON
United States District Judge